Matthew M. Durham (6214)
mmdurham@stoel.com
Lauren A. Shurman (11243)
lashurman@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

Attorneys for Defendant GE Consumer Finance, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| KENNETH L. GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY ("GE"), a/k/a GE CAPITAL FINANCIAL, INC., a/k/a GE CONSUMER FINANCE, a/k/a GE MONEY, a/k/a GE CORPORATE PAYMENT SERVICES, a/k/a GECF, a New York corporation doing business in Utah,<br><br>        Defendant. | **MEMORANDUM OF COSTS**<br><br>Case No.  2:10-CV-202-TS<br><br>Chief Judge Ted Stewart<br>Magistrate Judge David Nuffer |

   Pursuant to the Rule 54-2 of the Local Rules for the United States District Court for the District of Utah, Defendants, GE Consumer Finance, Inc.("Defendant") submits this Memorandum of Costs, itemizing and describing the costs incurred by Defendant in the above-referenced litigation.  As set forth in the Bill of Costs filed herewith, Defendants incurred and should be awarded $513.60 in taxable costs.

**I.    Costs Incurred by Defendant**

A. **Fees of the Clerk.**

Pursuant to 28 U.S.C. § 1920 and Rule 54(d) of the Federal Rules of Civil Procedure, Defendants are entitled to recover as taxable costs, fees of the court clerk associated with the case. On March 5, 2010, Defendant incurred $350.00 in fees in connection with its removal of this action to federal court.

B. **Exemplification and Copies Costs**

Pursuant to 28 U.S.C. § 1920(4) and Rule 54(d) of the Federal Rules of Civil Procedure, Defendants are entitled to recover as taxable costs fees for exemplification and copies of papers necessarily obtained for use in the case. Here, Defendants incurred the following copy charges in preparing exhibits for their summary judgment motion. As courts in the Tenth Circuit have recognized, summary judgment exhibits submitted to the Court are properly taxable under 28 U.S.C. § 1920(4). *E.g., Mikel v. Kerr*, 499 F.2d 1178, 1182-83 (10th Cir. 1974); *Karsian v. Inter-Regional Fin. Grp.*, 13 F. Supp. 2d 1085, 1093 (D. Colo. 1998).

|    | Date     | Description of Charge | Amount |
|----|----------|-----------------------|--------|
| 1. | 12/22/10 | Document Reproduction | 65.10  |
| 2. | 01/28/11 | Document Reproduction | 98.50  |
| **TOTAL EXEMPLIFICATION AND COPIES COSTS** | | | 163.60 |

II. **CONCLUSION**

Based on the foregoing, Defendants requests that the Clerk and/or Court award it taxable costs in the amount of $513.60.

DATED this 17th day of June, 2011.

                                                STOEL RIVES LLP

                                                */s/Matthew M. Durham*
                                                Matthew M. Durham
                                                Lauren A. Shurman
                                                *Attorneys for Defendant GE Consumer Finance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **MEMORANDUM OF COSTS** was served by first class mail, postage prepaid, on this 17th day of June, 2011 upon the following:

Kenneth L. Gray, *Pro Se*
PO Box 708244
Sandy, UT 84070

/s/Matthew M. Durham